UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RHYLE SMALL,

    Plaintiff,

v.                                   Case No: 8:16-cv-692-T-30TBM

GALEN COLLEGE OF NURSING,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Mediation Report (Dkt. #37) and the Joint Stipulation for Dismissal With Prejudice (Dkt. #38). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of December, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record